EDWARD G. ARBERRY
NAME
E-77487, 14-D6-L
PRISON NUMBER
P.O. BOX 4000, California State
Prison Solano
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Vacaville, California 95696-4000
CITY, STATE, ZIP CODE

2254 ✓  1983 ___
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
MAY -2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

EDWARD G. ARBERRY
_____,
(FULL NAME OF PETITIONER)
PETITIONER

F.E. Figueroa  v.
~~D.K. SISTO~~, Warden
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and
JERRY BROWN
_____,
The Attorney General of the State of
California, Additional Respondent.

Civil No  '08 CV 0813 W JMA
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   Superior Court of California, County of San Diego

2. Date of judgment of conviction: March 23, 2001

3. Trial court case number of the judgment of conviction being challenged: SCD 145070

4. Length of sentence: Twelve long years (12) yrs.

CIV 68 (Rev. Jan. 2006)

cv

5. Sentence start date and projected release date: <u>From date of arrest, until the year of 2010.</u>

6. Offense(s) for which you were convicted or pleaded guilty (all counts): <u>Health and Safety Code §§11351.5, 11352(a), Penal Code §667.5.</u>

7. What was your plea? (CHECK ONE)
   (a) Not guilty         ☒
   (b) Guilty             ☐
   (c) Nolo contendere    ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes  ☒ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: <u>denied</u>
    (b) Date of result (if known): <u>November 26, 2001</u>
    (c) Case number and citation (if known): <u>D038005</u>
    (d) Names of Judges participating in case (if known) <u>Superior Court Judge B.E.Revak Appellant Judges O'ROURKE,J., KREMER,P.J., HUFFMAN, J.</u>
    (e) Grounds raised on direct appeal: <u>Unable to fit all grounds on the space given. See Case No.D038005; 1. Jury nullification is implicit in the Sixth Amendment.</u>

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: <u>Not applicable</u>
    (b) Date of result (if known): <u>N/A</u>
    (c) Case number and citation (if known): <u>N/A</u>

    (d) Grounds raised: <u>N/A</u>
                       <u>N/A</u>

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: Not applicable.
    (b) Date of result (if known): N/A
    (c) Case number and citation (if known): N/A
        N/A
    (d) Grounds raised: Not applicable.
        "                    "
        "                    "
        "                    "

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number (if known): HC 18846
    (b) Nature of proceeding: Petition for writ of habeas corpus.
    (c) Grounds raised: See body of present submitted petition.
        "                    "
        "                    "
        "                    "
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: denied.
    (f) Date of result (if known): April 24, 2007, and July 16, 2007.

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:

   (a) **California Court of Appeal** Case Number (if known): **D051478**

   (b) Nature of proceeding: **writ of habeas corpus**

   (c) Names of Judges participating in case (if known) **McINTYRE, Acting P.J.**

   (d) Grounds raised: **Same as in the present submitted petition.**

   (e) Did you receive an evidentiary hearing on your petition, application or motion?
     ☐ Yes ☒ No

   (f) Result: **denied.**

   (g) Date of result (if known): **August 30, 2007**

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
   ☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

   (a) **California Supreme Court** Case Number (if known): **S156396**

   (b) Nature of proceeding: **writ of habeas corpus**

   (c) Grounds raised: **same as in the present submitted petition.**

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
     ☐ Yes ☒ No

   (e) Result: **denied.**

   (f) Date of result (if known): **March 19, 2008**

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>**California Supreme Court**</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:
**Not applicable, petitioner has properly exhausted his petition in every state court without an evidentiary hearing.**

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? **Not applicable.**
        (i) What was the prior case number? **N/A**
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits? **N/A**
            ☐ Dismissed for procedural reasons? **Not applicable.**
        (iii) Date of decision: **N/A**
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No **N/A**
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No    **Not applicable.**

---

**CAUTION:**
- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: PETITIONER WAS DENIED THE EFFECTIVE ASSISTANCE OF COUNSEL AS PROVIDED UNDER THE SIXTH AMENDMENT DURING SENTENCING IN VIOLATION OF DUE PROCESS, FOURTEENTH AMENDMENT.

Supporting FACTS: Petitioner was sentenced on April 20, 2001, after a Jury Trial convicting petitioner of Health & Safety Code§§11351.5, 11352, and the Court having found true two prior prison terms, petitioner was then sentenced in excess of the statutory maximum. The court imposed a aggravated sentence of (5) years, then doubled the sentenced to ten, for possession of cocaine base for sale, the Court then stayed the imposition of sentenced pursuant to Penal Code§654. Plus one year for each of the two remaining prison priors, for a total term of 12 years. Trial Counsel failed his duty to investigate and object to an earlier ruling by the United States Supreme Court in Apprendi vs. New Jersey (2000), 530 U.S. 466, 147 L.Ed 2d 435, 120 S.Ct 2348. That had been decided on June 26, 2000. That Apprendi was deprive of a Jury trial to determine the fact that exposes a defendant to a penalty exceeding the maximum which the defendants would receive if punished according to the facts reflected in the jury verdict alone, had trial counsel objected because Apprendi was decided before petitioner's case became final, and there was no tactical reason for not raising this meritorious claim before the court, had counsel objected to this unauthorized in excess of the statutory maximum the court would have been hard press to violate petitioner's due process rights, which would have preserve the claim for federal review.

Did you raise GROUND ONE in the California Supreme Court?

XX ☐ Yes ☐ No.

    If yes, answer the following:

    (1) Nature of proceeding (i.e., petition for review, habeas petition): Habeas petition.

    (2) Case number or citation: HC 18846

    (3) Result (attach a copy of the court's opinion or order if available): denied

(b) **GROUND TWO**: PETITIONER WAS DENIED THE EFFECTIVE ASSISTANCE OF APPELLATE COUNSEL ON APPEAL IN VIOLATION OF THE SIXTH AMENDMENT OF THE UNTIED STATES CONSTITUTION, IN ADDITION PETITIONER WAS DENIED DUE PROCESS TO APPELLATE COUNSEL'S ERRORS.

Supporting FACTS: On April 20, 2001, petitioner was sentence to an excess of an unauthorized sentence of the prescribe statutory maximum. Petitioner was sentence to an aggravated high term without the Jury's determination as accure and or in Apprendi vs. New Jersey, 530 U.S. 466(2000); in violation of petitioner's Sixth Amendment Right to counsel, and Due process to an unauthorized sentence, under the equal protection clause. Appellate Counsel was aware or should have been competent as to the U.S. Supreme ruling in Apprendi. That was decided approximatel (9) months before petitioner was found guilty by a jury. There could be no conceivable reason why this error of appellate counsel's failure to object to the sentence which was in excess of the court's jurisdiction in violation of the Supreme Court's precedence, this omission of the claim error does not relieve appellate counsel's duty to argue an arguable claim to the appellate court. Thus appellate counsel forfeited petitioner's due process rights under the state and federal protection of the Fourteenth amendment right to appellate counsel.

**Did you raise GROUND TWO in the California Supreme Court?**
☒ Yes ☐ No.

If yes, answer the following:
(1) Nature of proceeding (i.e., petition for review, habeas petition): ___habeas corpus___
(2) Case number or citation: ___HC 18846___
(3) Result (attach a copy of the court's opinion or order if available): ___denied___

(c) **GROUND THREE**: DUE PROCESS VIOLATION UNAUTHORIZED SENTENCE.

Supporting FACTS: The court in its April 24, 2007, denial of habeas petition #HC18846, (first petition), question whether it petitioner brings a Ineffective assistance claim would entitle petitioner relied upon in, In Re Clark (1993) 5 Cal.4th 750, 765, in the exception to any default claim as pertaining to a sentence, miscarriage of justice and or actual innocence as stated by our California Supreme Court. Thus petitioner believed that this court has authority to either order an Order to Show Cause, or an evidentiary hearing into this matter. Furthermore petitioner request that the court review Linletter v. Walker (U.S. La 1965), at common law there was no authority for the proposition that judicial decisions made law only for future.

Blackstone stated that the rule that the duty of the court was not to "pronounced a new law but to maintain and expound [381 U.S. 623] the old one.' 1 Blackstone commentaries (69 15 ed 1809). This court followed that rule in Norton v. Shelby County, 118 U.S. 425, 6 S. Ct 1121, 30 L.Ed 178 (1886) holding that unconstitutional action 'confers no rights it imposes no duties; it affords no protection; it creates office, it is; in legal contemplation, as inoperative as thought it had never passed.' At 442, 6 S Ct pp.1125. Under our cases it appears (1) That a chance in law will be given effect while a case is on direct review, United States v. Schooner Peggy, 1 Cranch 103, 2 L.ed 49 (1801) supra, and (2) that the effect of the subsequent ruling of invalidity on prior final judgments when collaterally attached is subject to no set "principle of absolute retroactive invalidity" but depends upon a consideration of "particular relations and particular conduct of rights claimed to have become vested, of status, of prior determination.

Did you raise GROUND THREE in the California Supreme Court?
☒ Yes ☐ No.

If yes, answer the following:
(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition.
(2) Case number or citation: HC18846
(3) Result (attach a copy of the court's opinion or order if available): denied.

(d) **GROUND FOUR**: THE HABEAS CORPUS DENIAL OF PETITIONER'S SECOND PETITION IS A DENIAL OF DUE PROCESS WHEN IT IDENTIFIED THE GOVERNING LEGAL PRINCIPLE BUT UNREASONABLY APPLIES IT TO THE FACTS OF THE PARTICULAR CASE.

Supporting FACTS: The habeas court denial of petitioner's (second petition.) In his dissent, Justice Stevens (joined by Justice Scalia, the author of Blakley, and Justice Souter) explained: "To be clear, our holding...does not established the 'impermissibility of judicial factfinding.' [Citation.] Instead, judicial factfinding to support an offense level determination or an enhancement is only unconstitutional when that finding raises the sentence beyond the sentence that could have been lawfully imposed by reference to facts found by the jury or admitted by the defendant." Thus petitioner was deprived of the effective assistance of counsel at trial, when counsel acquiesce his duty by failing to object to an enhancement in which the court failed to rely on any aggravating circumstances, the habeas corpus court ruling was contrary to, a state court's decision is an "unreasonable application" of Supreme Court law if "the state court correctly identifies the governing legal principle..but unreasonably applies it to the facts of the particular case." In addition to trial court counsel's performance appellate counsel failed her client by not bringing to light the Apprendi decision. When she reviewed the sentencing transcripts that their was an absence of any aggravating factors to support the sentencing courts unauthorize sentence. The habeas corpus court also failed to acknowledged that an unauthorized sentence can be challenge at any time, because an unauthorize sentence does not ripen into a legal sentence in violation of due process. Petitioner did not admit to an aggravating factor nor was any factual determination presented to a jury to require the prosecution to prove beyond a reasonable doubt to authorize the court to exceed its authority. I request an evidentiary hearing, and appointment of counsel in the interest of justice.

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: __Not applicable.__
    (b) Case Number: __"         "__
    (c) Date action filed: __"         "__
    (d) Nature of proceeding: __"         "__
        __"         "__
    (e) Name(s) of judges (if known): __Not applicable__
    (f) Grounds raised: __Not applicable.__
        __"         "__
        __"         "__
        __"         "__
    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No  N/A

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: __J.W. Carver, 1010 2nd Ave, #2300, San Diego, CA 92101__
    (b) At arraignment and plea: __same as above.__
    (c) At trial: __same as above.__
    (d) At sentencing: __same as above.__
    (e) On appeal: __Elizabeth A. Missakian, 110 W, "C", suite 2108, San Diego, CA__
    (f) In any post-conviction proceeding: __Not applicable.__
        __"         "__
    (g) On appeal from any adverse ruling in a post-conviction proceeding: __Not applicable.__

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: **Not applicable.**

   (b) Give date and length of the future sentence: **Not applicable**

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? **Not applicable.**
   ☐ Yes  ☐ No  N/A

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

   Choose only one of the following:

   ☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.    OR    ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
April 29, 2008


Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.


_____
SIGNATURE OF ATTORNEY (IF ANY)


I declare under penalty of perjury that the foregoing is true and correct. Executed on

4/29/08                    Edward G. Arberry        /s/ Edward Arberry
(DATE)                                              SIGNATURE OF PETITIONER

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is: NorTH FoRK CoRREctional Facility
AN 267 T
1605 E. Main
Sayre Oklahoma 73662

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Arberry vs. F.E. Figueroa        Case #: _____

Document(s) Served: Writ of Habeas Corpus with Exhibits. Proof of Service

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 29, 2008, in _____
"*date*"

Signature: *Edward Arberry*

Printed Name: Edward G. Arberry

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Edward G. Arberry

DEFENDANTS

Figueroa, et al

FILED
MAY - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ___ Pro Se ___

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Solano
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Edward G. Arberry
PO Box 4000
Vacaville, CA 95696
E-77487

ATTORNEYS (IF KNOWN)

'08 CV 0813 W JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE  5/2/2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]