Edward G. Arberry
E71487 AN-267-T
Norfolk correction fac, 1605 E. Main
Sayre, Oklahoma 73662



FILED
MAY - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United State District Court
Southern District of California

Edward G. Arberry,
        Petitioner,

v.

F. E. Figueroa, Warden
        Respondent.

Case no. '08 CV 0813 W JMA

NOTICE OF CHANGE OF ADDRESS

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

**PLEASE TAKE NOTICE:** That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new address is: 1605 E. Main Sayre, Oklahoma 73662.

### VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE:

RESPECTFULLY SUBMITTED,

Edward Arberry, /s/ Edward Arberry