EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2198
 Fax:  (619) 645-2191
 Email:  Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G. ARBERRY,**<br><br>                                   Petitioner,<br><br>    v.<br><br>**F. E. FIGUEROA, Warden,**<br><br>                                   Respondent. | 08cv0813-W (JMA)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS**<br><br>The Honorable Jan M. Adler<br>United States Magistrate Judge |

Kevin R. Vienna declares:

I am the Deputy Attorney General assigned to prepare response in this matter.  A motion to dismiss is due on June 23, 2008, and an answer on the merits is due on July 7, 2008.  As explained below, I believe that the proper response will be a motion to dismiss on the basis of the statute of limitations.

Other work has prevented me from commencing work on this matter, but I expect to begin and complete a motion to dismiss within about two weeks.  Accordingly, I ask the Court to grant an extension of time to July 23, 2008, or August 7, 2008, respectively.

///

**A.  Background**

Petitioner Edward Arberry challenges a 2001 conviction in San Diego County Superior Court for sale of cocaine base, with an enhanced sentence of twelve years imprisonment. It appears that direct appeal of the conviction concluded in 2002, and the conviction became final.

Arberry commenced a series of state habeas corpus challenges to the judgment, but did not begin until early 2007. In the interim, it appears that the statute of limitations applicable to federal habeas corpus challenges by state prisoners expired.

I have not yet received our file of the direct appeal, so I do not yet have trial or appeal records. I have obtained, however, the necessary copies of the state collateral challenges. With these, I believe I now have the necessary materials to support a motion to dismiss.

**B.  Counsel's Status**

This case was assigned to me about May 16, 2008. I generally work on cases in the order in which they are assigned. In about the last month, I have completed work on the following cases:

| Case | Number |
|---|---|
| Griggs v. Tilton | 08cv0477 JAH (NLS) |
| Romero v. Curry | SACV 07-985 |
| Tatarinov v. Superior Court of California | 07cv2033 |
| Oeur v. Martell | EDCV 08-0332 |
| Dunn v. Clark | 08-0485 |
| Garcia-Rosales v. Dawson | SACV 08-0174 |
| Nasichampang v. Tilton | 07-55247 (Oral Argument) |
| Wooley v. People | EDCV 08-0333, SD |
| Russ v. Yates | EDCV 08-00539 |
| Lohman v. Felker | 07-0905 |

I have two other cases that were assigned before the instant *Arberry* matter. I substantially completed one of those over the past weekend. I expect to complete the other within about the next week.

Additionally, I am on this office's habeas corpus team. That means my work is routinely interrupted by questions from other deputies regarding federal habeas corpus matters.

1    Granting of an enlargement of time will permit the response to be prepared without
2 impairing quality and will afford adequate time to obtain and copy necessary records, for review and
3 processing in this office, and for filing in this Court. Should this extension be granted, I will seek
4 to complete the briefing based on the schedule described above, and I will not place this matter at
5 any lower priority. All extension requests and progress are monitored by the senior assistant
6 attorney general in charge of this office.

7    I declare under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct.

9    Dated: June 23, 2008

10                         Respectfully submitted,

11                         EDMUND G. BROWN JR.
                           Attorney General of the State of California

12                         DANE R. GILLETTE
                           Chief Assistant Attorney General

13                         GARY W. SCHONS
14                         Senior Assistant Attorney General

15

16                           s/Kevin Vienna
                           KEVIN VIENNA
17                         Supervising Deputy Attorney General
                           Attorneys for Respondent
18

19

20   80252900.wpd
     SD2008700387

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Arberry v. Figueroa**

No.:   **08cv0813-W (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 23, 2008, I served the following documents:

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS; and ORDER GRANTING EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Edward G. Arberry
E-77487
Norfork Correctional Facility
1605 East Main
Sayre, OK 73662

*In Pro Se*

### Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

### Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **Edward G. Arberry**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Diego, California.

| Bonnie Peak | *[signature]* |
|---|---|
| Declarant | Signature |

SD2008700387
80252911.wpd