IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G. ARBERRY,** | 08cv0813-W (JMA) |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| **F. E. FIGUEROA, Warden,** | |
| Respondent. | |

**IT IS HEREBY ORDERED** that, good cause having been shown, Respondent is granted an extension of time through July 23, 2008 or August 7, 2008, to file a Motion to Dismiss or Answer to the Petition. Petitioner shall file an Opposition to a Motion to Dismiss not later than August 20, 2008 or a Traverse to an Answer not later than September 12, 2008.

DATED: June 24, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

08cv0813

1