EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DANIEL ROGERS
Deputy Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2198
 Fax: (619) 645-2191
 Email: Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G. ARBERRY,**<br><br>                              Petitioner,<br><br>       v.<br><br>**F. E. FIGUEROA, Warden,**<br><br>                              Respondent. | 08cv0813-W (JMA)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>(No Hearing Required)<br><br>The Honorable Jan M. Adler |

TO PETITIONER EDWARD ARBERRY PROCEEDING IN PRO SE:

PLEASE TAKE NOTICE that Respondent hereby moves this Court for an Order dismissing the Petition for Writ of Habeas Corpus because the Petition is barred by the Statute of Limitations. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings filed or documents lodged in this action.

///

///

1 | WHEREFORE, Respondent respectfully requests the Petition be dismissed with prejudice.

2 | Dated: July 23, 2008

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | DANE R. GILLETTE
Chief Assistant Attorney General

6 | GARY W. SCHONS
Senior Assistant Attorney General

7 |

8 | DANIEL ROGERS
Deputy Attorney General

10 |   s/Kevin Vienna
KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

80262894.wpd
SD2008700387

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Arberry v. Figueroa**

No.:  **08cv0813-W (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 23, 2008, I served the following documents:

**(1) NOTICE OF MOTION AND MOTION TO DISMISS; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; and (3) NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Edward G. Arberry
E-77487
Norfork Correctional Facility
1605 East Main
Sayre, OK 73662

*In Pro Se*

## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **Edward G. Arberry**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 23, 2008, at San Diego, California.

| Bonnie Peak | *Bonnie Peak* |
|---|---|
| Declarant | Signature |

SD2008700387
80262994.wpd