```
 1 │ EDMUND G. BROWN JR.
   │ Attorney General of the State of California
 2 │ DANE R. GILLETTE
   │ Chief Assistant Attorney General
 3 │ GARY W. SCHONS
   │ Senior Assistant Attorney General
 4 │ DANIEL ROGERS
   │ Deputy Attorney General
 5 │ KEVIN VIENNA, State Bar No. 186751
   │ Supervising Deputy Attorney General
 6 │  110 West A Street, Suite 1100
   │  San Diego, CA 92101
 7 │  P.O. Box 85266
   │  San Diego, CA 92186-5266
 8 │  Telephone: (619) 645-2198
   │  Fax: (619) 645-2191
 9 │  Email: Kevin.Vienna@doj.ca.gov
10 │ Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G. ARBERRY,**<br><br>                      Petitioner,<br><br>     v.<br><br>**F. E. FIGUEROA, Warden,**<br><br>                      Respondent. | 08cv0813-W (JMA)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**<br><br>*To Be Sent To Clerk's Office*<br><br>The Honorable Jan M. Adler |

Respondent lodges the following documents with this Court. These documents are for the Court's convenience and need not be returned:

1. Opinion, *People v. Arberry*, California Court of Appeal case number D038005;

2. Case Summary and Docket, *People v. Arberry*, California Court of Appeal case number S103230;

3. Petition for Writ of Habeas Corpus, *Arberry v. Sisto*;

4. Order Denying Petition, case number HC18846;

5. Petition for Writ of Habeas Corpus, case number D051478;

1     6.     Order Denying Petition, case number D051478;

2     7.     Petition for Writ of Habeas Corpus, case number S156396;

3     8.     Order Denying Petition, case number S156396.

Dated: July 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General


  s/Kevin Vienna
KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

80262982.wpd
SD2008700387